UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AIREE ROSIL,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner, Social Security Administration<br><br>Defendant. | Civil No. 6:19-CV-00862-MC<br><br><br>ORDER FOR REMAND |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ), a de novo hearing, and a new decision in regard to Plaintiff's application(s) for benefits under the Social Security Act. On remand, the ALJ will re-evaluate medical opinions; re-evaluate Plaintiff's residual functional capacity; and re-evaluate steps four and five with the assistance of a vocational expert.

Remand is made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff will be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a). Judgment shall be entered for Plaintiff.

IT IS SO ORDERED this 15th day of April, 2020.


     s/Michael J. McShane
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Jeffrey E. Staples
JEFFREY E. STAPLES
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3706